Seymour W. Shriver, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Gottfried Kalbach, as Administrator, etc., Plaintiff, v. Clinton M. Ross, Defendant.— Motion for reargument denied, with ten dollars costs.

Arthur Goossen, an Infant, etc., Appellant, v. Charles S. Codington, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Patrick M. Herron and Others, Respondents, v. The Scofield Company and Others, Impleaded with David D. Allerton and Others, as Receivers in Bankruptcy of The Scofield Company, and The United States Fidelity and Guaranty Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sarah J. Turner, Appellant, v. Nicholas Buobolis and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Emma L. Putnam, Respondent, v. Village of Savona, Appellant.— Judgment and order affirmed, with costs. All concurred except McLennan, P. J., who dissented upon the ground that the notice of claim was insufficient.

Catherine Greif, as Administratrix, etc., of Frederick Greif, Deceased, Plaintiff, v. Buffalo, Lockport and Rochester Railway Company, Defendant.— Plaintiff's exceptions overruled. Motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Kruse, J., who dissented.

William Gleason, Respondent, v. John J. Gleason and Others, Appellants, Impleaded with Charles H. Thompson, Executor, etc., of Catherine Hoenes, Deceased, and Others.— Interlocutory judgment affirmed, with costs. All concurred.

Frank T. Dearing, Respondent, v. The Independent Union Telephone Company, Appellant.— Motion for reargument denied, with ten dollars costs.

Martha J. Andrus, Appellant, v. Silver Lake Railway Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Francis A. Bird, Appellant, v. City of Buffalo, Respondent.— Judgment affirmed, with costs. All concurred.

---

## FIRST DEPARTMENT, JUNE, 1911.

### In the Matter of HORACE BARNARD, an Attorney.

*Attorney at law — disbarment proceedings.*

Charges against an attorney for unprofessional conduct.

PER CURIAM: In view of the fact that the answer of the respondent seems to contain a general denial of all the allegations of the petition, many of which were expressly admitted by him when before the grievance committee of the Bar Association, a reference is necessary before we can